[File No. 5959.]

FIRST STATE BANK OF GRANVILLE, a Corporation, Respondent, v. W. R. BOND, Appellant.

(237 N. W. 709.)

Opinion filed July 14, 1931.

*John O. Hanchett,* for appellant.
*Robert H. Bosard,* for respondent.

BURKE, J. This is a companion case of First State Bank v. Cox,

ante, 175, 237 N. W. 708. It was tried on the same statement of facts and the same briefs. Following the decision in the said First State Bank v. Cox, ante, 237 N. W. 708, decided at this term and for the same reasons the judgment in this case is affirmed.

CHRISTIANSON, Ch. J., and BIRDZELL, NUESSLE, and BURR, JJ., concur.